Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 17−33113−KCF  
        Chapter: 13  
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   David G Furth                                 Christi L Furth  
   901 Hamilton Street                       901 Hamilton Street  
   Roebling, NJ 08554                       Roebling, NJ 08554

Social Security No.:  
   xxx−xx−9689                                     xxx−xx−7551

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/31/18 at 09:00 AM

to consider and act upon the following:

*19* − Certification of Default of Standing Trustee. re: Failure to appear at 341(a) Meeting of Creditors Report. Filed by Albert Russo. Objection deadline is 01/24/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Russo, Albert)

Dated: 1/19/18

                                                                      Jeanne Naughton  
                                                                      Clerk, U.S. Bankruptcy Court