Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−33113−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David G Furth
901 Hamilton Street
Roebling, NJ 08554

Christi L Furth
901 Hamilton Street
Roebling, NJ 08554

Social Security No.:
 xxx−xx−9689

 xxx−xx−7551

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/31/18 at 09:00 AM

to consider and act upon the following:

*19* − Certification of Default of Standing Trustee. re: Failure to appear at 341(a) Meeting of Creditors Report. Filed by Albert Russo. Objection deadline is 01/24/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Russo, Albert)

Dated: 1/19/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
David G Furth  
Christi L Furth  
    Debtors

Case No. 17-33113-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 19, 2018  
                       Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.  
db/jdb         +David G Furth,    Christi L Furth,    901 Hamilton Street,    Roebling, NJ 08554-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:  
         Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Eric    Clayman     on behalf of Debtor David G Furth jenkins.clayman@verizon.net  
         Eric    Clayman     on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net  
         Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
         Stephanie F. Ritigstein     on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net  
         Stephanie F. Ritigstein     on behalf of Debtor David G Furth jenkins.clayman@verizon.net  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 8