Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−33113−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  David G Furth                            Christi L Furth
  901 Hamilton Street                  901 Hamilton Street
  Roebling, NJ 08554                 Roebling, NJ 08554

Social Security No.:
  xxx−xx−9689                              xxx−xx−7551

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      12/19/18
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Stephanie F. Ritigstein, Esquire, Debtor's Attorney

COMMISSION OR FEES
$1,600.00

EXPENSES
$43.39

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 13, 2018
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-33113-KCF
David G Furth                                                       Chapter 13
Christi L Furth
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2             Date Rcvd: Nov 13, 2018
                              Form ID: 137              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
```
db/jdb         +David G Furth,    Christi L Furth,    901 Hamilton Street,    Roebling, NJ 08554-1915
cr             +State Of New Jersey Division Of Taxation,    c/oNew Jersey Division of Law,    25 Market Street,
                 PO BOx 106,    Trenton, NJ 08625-0106
517178602       Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
517178607      +Healthcare NJ FCU,    175 Madison Avenue,    Mount Holly, NJ 08060-2038
517178610      +M&T Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
517178612      +Midland Funding LLC/Best Buy Credit Card,    c/o Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517178613       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517178614      +PSE&G,    c/o Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,
                 Renton, WA 98057-9004
517317414     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517178615       State of Ne Jersey,    Department of Labor and Workforce Develo,    LWD Benefit Payment Control,
                 PO Box 650,    Trenton, NJ 08646-0650
517178616       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517178617       Sterling Jewelers, Inc. DBA Kay Jewelers,    c/o Fein Such Kahn & Sherpard PC,
                 7 Century Drive Suite 201,    Parsippany, NJ 07054-4609
517178619       Synchrony Bank/Amazon,    c/o Selip & Stylainou, LLP,    199 Crossways Park Drive,    PO Box 363,
                 Woodbury, NY 11797-0363
517178620      +TD Bank USA NA/Target National Bank,    c/o Lyons Doughty & Veldhuis, PC,
                 136 Gaither Drive Suite 100,    Mount Laurel, NJ 08054-1725
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:37:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517178597      +E-mail/Text: bankruptcy@usecapital.com Nov 14 2018 01:38:23      Capital Accounts,
                 PO BOX 140065,    Nashville, TN 37214-0065
517178598      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 01:41:19      Capital One,
                 PO Box 70886,    Charlotte, NC 28272-0886
517178599       E-mail/Text: legal@arsnational.com Nov 14 2018 01:36:27      Chase Bank USA N.A.,
                 c/o ARS National Services Inc.,    PO Box 469046,    Escondido, CA 92046-9046
517178600      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 01:54:18      CitiBank,
                 c/o Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 1,
                 Norfolk, VA 23502-4952
517178601      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 01:36:59      Citibank,    c/o Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
517178603      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 01:36:59      Comenity Bank,
                 c/o Midland Credit Management, Inc.,    2365 Northside Drive Suite 300,
                 San Diego, CA 92108-2709
517178604       E-mail/Text: mrdiscen@discover.com Nov 14 2018 01:35:56      Discover Financial Services LLC,
                 PO Box 15316,    Wilmington, DE 19850
517195764      +E-mail/Text: mrdiscen@discover.com Nov 14 2018 01:35:56      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
517178605      +E-mail/Text: collector@florence-nj.gov Nov 14 2018 01:36:49      Florence Township,
                 711 Broad Street,    Florence, NJ 08518-2310
517178606      +E-mail/Text: jennifer.macedo@gatewayonelending.com Nov 14 2018 01:36:08
                 Gateway One Lending & Finance,    160 N. Riverview Drive,    Suite 100,    Anaheim, CA 92808-2293
517178608       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 14 2018 01:37:18      Jefferson Capital Systems,
                 16 McLeland Rd,    Saint Cloud, MN 56303
517321627       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 14 2018 01:37:19      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517178609      +E-mail/Text: BKRMailOPS@weltman.com Nov 14 2018 01:36:29      Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
517392074       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 01:41:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517391598       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 01:41:57
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517398696       E-mail/Text: camanagement@mtb.com Nov 14 2018 01:36:28      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517178611      +E-mail/Text: bkrpt@retrievalmasters.com Nov 14 2018 01:36:58      Medical,    c/o AMCA,
                 PO BOX 1235,    Elmsford, NY 10523-0935
517265308      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 01:36:59      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0312-3          User: admin                Page 2 of 2                   Date Rcvd: Nov 13, 2018
                              Form ID: 137               Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517319307         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 01:41:53
                   Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                   Norfolk VA 23541
517319323         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 01:42:23
                   Portfolio Recovery Associates, LLC,    c/o RCS Direct Marketing/Orchard Bank,    POB 41067,
                   Norfolk VA 23541
517285780         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 01:54:52
                   Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517333295        +E-mail/Text: bankruptcy@pseg.com Nov 14 2018 01:35:52       PSE&G,   PO Box 490,
                   Cranford, NJ 07016-0490
517386619         E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2018 01:36:51
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517178618         E-mail/Text: bankruptcydpt@mcmcg.com Nov 14 2018 01:36:59       Synchrony Bank,
                   c/o Midland  Credit Management, Inc.,    PO Box 13105,    Roanoke, VA 24031-3105
517180326        +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:41:51       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517401116        +E-mail/Text: bncmail@w-legal.com Nov 14 2018 01:37:12       TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517178621         E-mail/Text: data_processing@fin-rec.com Nov 14 2018 01:36:27
                   TD Bank USA/Target Credit Card,    c/o Financial Recovery Services, LLC,    PO Box 385908,
                   Minneapolis, MN 55438-5908
517199865        +E-mail/Text: collector@florence-nj.gov Nov 14 2018 01:36:49       Township of Florence,
                   711 Broad Street,    Florence, NJ 08518-2310
517178622        +E-mail/Text: Banko@frontlineas.com Nov 14 2018 01:38:14       Webbank,
                   c/o Frontline Asset Strategies, LLC,    2700 Snelling Avenue N.,    Suite 250,
                   Roseville, MN 55113-1783
517178623        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 01:41:28       Webbank Gettington,
                   c/o LVNV Funding LLC,    200 Meeting Street Suite 206,    Greenville, SC 29615-5833
                                                                                              TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517265325*      +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
```
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor David G Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Marlene G. Brown    on behalf of Creditor    State Of New Jersey Division Of Taxation
               marlene.brown@dol.lps.state.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor David G Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```