| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>M&T Bank |
| In Re:<br>　　　Furth, David G<br>　　　Furth, Christi L |

Order Filed on November 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:　17-33113 KCF

Chapter: 13

Hearing Date:　11/28/18
Judge:　Kathryn C. Ferguson

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 30, 2018**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

[Type text]

Upon the motion of <u>M&T Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,   901 Hamilton Street, Roebling NJ 08554**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
David G Furth
Christi L Furth
    Debtors

Case No. 17-33113-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2018
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
db/jdb        +David G Furth,    Christi L Furth,    901 Hamilton Street,    Roebling, NJ 08554-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Eric    Clayman    on behalf of Debtor David G Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Eric    Clayman    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Marlene G. Brown    on behalf of Creditor    State Of New Jersey Division Of Taxation marlene.brown@dol.lps.state.nj.us
         Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
         Stephanie F. Ritigstein    on behalf of Debtor David G Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Stephanie F. Ritigstein    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 10