| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on December 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>David & Christi Furth,<br><br>　　　　　　Debtor | Case No:   17-33113<br><br>Chapter:   13<br><br>Judge:   KCF |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

　　The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 21, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Kathryn C. Ferguson
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $____1600.00____ for services rendered and expenses in the amount of $____43.39____ for a total of $____1643.39____ The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____300.00____ per month for ____49____ months to allow for payment of the foresaid fee.