| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on December 21, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>David & Christi Furth,<br><br>　　　　　　Debtor | Case No: 17-33113<br><br>Chapter: 13<br><br>Judge: KCF |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 21, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $____1600.00_____ for services rendered and expenses in the amount of $_____43.39_____ for a total of $_____1643.39____ The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____300.00_____ per month for _____49_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
David G Furth
Christi L Furth
    Debtors

Case No. 17-33113-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 21, 2018
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db/jdb          +David G Furth,    Christi L Furth,    901 Hamilton Street,    Roebling, NJ 08554-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          Albert    Russo     docs@russotrustee.com
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor     M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric    Clayman     on behalf of Debtor David G Furth jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Eric    Clayman     on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Kevin Gordon McDonald     on behalf of Creditor     M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marlene G. Brown     on behalf of Creditor     State Of New Jersey Division Of Taxation
           marlene.brown@dol.lps.state.nj.us
          Rebecca Ann Solarz     on behalf of Creditor     M&T BANK rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein     on behalf of Debtor David G Furth jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Stephanie F. Ritigstein     on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 11