| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Michael.A.Artis@usdoj.gov | Order Filed on March 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>David G. Furth and<br>Christi L. Furth,<br><br>Debtors. | Case No.: 17-33113 (KCF)<br><br>Chapter 13<br><br>Hearing Date: March 19, 2019, at 2:00 p.m.<br><br>Chief Judge: Kathryn C. Ferguson |

**ORDER TRANSFERRING CHAPTER 13 CASE FROM TRENTON VICINAGE
TO CAMDEN VICINAGE**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: March 20, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtors: David G. Furth and Christi L. Furth

Chapter 13 Case No. 17-33113 (KCF)

**ORDER TRANSFERRING CHAPTER 13 CASE FROM TRENTON VICINAGE TO CAMDEN VICINAGE**

___

Upon consideration of the Acting United States Trustee's motion by and through counsel for an Order Transferring Chapter 13 Case from Trenton Vicinage to the Camden Vicinage, and notice of the motion having been given to the Debtors, Debtors' Counsel, and the Chapter 13 Standing Trustee, and the Court having found cause for entry of the order, it is hereby;

**ORDERED** that Case No. 17-33113 (KCF) is hereby transferred to the Camden vicinage.