UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

**Order Filed on March 20, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

David G. Furth and
Christi L. Furth,

Debtors.

Case No.: 17-33113 (KCF)

Chapter 13

Hearing Date: March 19, 2019, at 2:00 p.m.

Chief Judge: Kathryn C. Ferguson

## ORDER TRANSFERRING CHAPTER 13 CASE FROM TRENTON VICINAGE TO CAMDEN VICINAGE

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: March 20, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtors: David G. Furth and Christi L. Furth

Chapter 13 Case No. 17-33113 (KCF)

**ORDER TRANSFERRING CHAPTER 13 CASE FROM TRENTON VICINAGE TO CAMDEN VICINAGE**

_____

      Upon consideration of the Acting United States Trustee's motion by and through counsel for an Order Transferring Chapter 13 Case from Trenton Vicinage to the Camden Vicinage, and notice of the motion having been given to the Debtors, Debtors' Counsel, and the Chapter 13 Standing Trustee, and the Court having found cause for entry of the order, it is hereby;

      **ORDERED** that Case No. 17-33113 (KCF) is hereby transferred to the Camden vicinage.

United States Bankruptcy Court
District of New Jersey

In re:
David G Furth
Christi L Furth
    Debtors

Case No. 17-33113-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 21, 2019
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
db/jdb    +David G Furth,    Christi L Furth,    901 Hamilton Street,    Roebling, NJ 08554-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Eric    Clayman    on behalf of Debtor David G Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Eric    Clayman    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marlene G. Brown    on behalf of Creditor    State Of New Jersey Division Of Taxation marlene.brown@dol.lps.state.nj.us
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
        Stephanie F. Ritigstein    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Stephanie F. Ritigstein    on behalf of Debtor David G Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 12