UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Jeffrey E. Jenkins
Attorneys at Law
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

By:

Order Filed on November 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    David G. Furth & Christi L. Furth

    Debtors

Case No.: 17-33113/ABA

Adv. No.:

Hearing Date:

Judge: Honorable Andrew B. Altenburg, Jr.

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED**.

**DATED: November 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: David G. Furth
Case No: 17-33113/ABA
Caption of Order: Order Terminating Wage Order

---

Upon consideration of debtors' application to terminate wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The Wage Order docket entry #49 currently in place for the debtor's Trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, David Gooding, Inc., shall no longer make disbursements to the Chapter 13 Trustee.