Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−33113−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David G Furth                               Christi L Furth
901 Hamilton Street                         901 Hamilton Street
Roebling, NJ 08554                          Roebling, NJ 08554

Social Security No.:
   xxx−xx−9689                              xxx−xx−7551

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 28, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 28, 2020
JAN: bc

                                            Jeanne Naughton
                                            Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                                  Case No. 17-33113-ABA
David G Furth                                                                           Chapter 13
Christi L Furth
         Debtors                       CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                  Page 1 of 3                Date Rcvd: Jan 28, 2020
                                Form ID: 148                 Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db/jdb         +David G Furth,    Christi L Furth,    901 Hamilton Street,    Roebling, NJ 08554-1915
cr             +State Of New Jersey Division Of Taxation,    c/oNew Jersey Division of Law,    25 Market Street,
                 PO BOx 106,    Trenton, NJ 08625-0106
517178607      +Healthcare NJ FCU,    175 Madison Avenue,    Mount Holly, NJ 08060-2038
517178610      +M&T Bank,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
517178612      +Midland Funding LLC/Best Buy Credit Card,    c/o Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517178613       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517317414      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517178615       State of Ne Jersey,    Department of Labor and Workforce Develo,    LWD Benefit Payment Control,
                 PO Box 650,    Trenton, NJ 08646-0650
517178616       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517178617       Sterling Jewelers, Inc. DBA Kay Jewelers,    c/o Fein Such Kahn & Sherpard PC,
                 7 Century Drive Suite 201,    Parsippany, NJ 07054-4609
517178619       Synchrony Bank/Amazon,    c/o Selip & Stylainou, LLP,    199 Crossways Park Drive,    PO Box 363,
                 Woodbury, NY 11797-0363
517178620      +TD Bank USA NA/Target National Bank,    c/o Lyons Doughty & Veldhuis, PC,
                 136 Gaither Drive Suite 100,    Mount Laurel, NJ 08054-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 00:00:18     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 00:00:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517178597      +E-mail/Text: bankruptcy@usecapital.com Jan 29 2020 00:01:24      Capital Accounts,
                 PO BOX 140065,    Nashville, TN 37214-0065
517178598      +EDI: CAPITALONE.COM Jan 29 2020 04:13:00      Capital One,    PO Box 70886,
                 Charlotte, NC 28272-0886
517178599       EDI: ARSN.COM Jan 29 2020 04:13:00      Chase Bank USA N.A.,    c/o ARS National Services Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
517178600      +EDI: PRA.COM Jan 29 2020 04:13:00      CitiBank,    c/o Portfolio Recovery Associates,
                 120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502-4952
517178601      +EDI: MID8.COM Jan 29 2020 04:13:00      Citibank,    c/o Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
517178602       EDI: COMCASTCBLCENT Jan 29 2020 04:13:00      Comcast,    PO Box 3001,
                 Southeastern, PA 19398-3001
517178603      +EDI: MID8.COM Jan 29 2020 04:13:00      Comenity Bank,    c/o Midland Credit Management, Inc.,
                 2365 Northside Drive Suite 300,    San Diego, CA 92108-2709
517178604       EDI: DISCOVER.COM Jan 29 2020 04:13:00      Discover Financial Services LLC,    PO Box 15316,
                 Wilmington, DE 19850
517195764      +EDI: DISCOVER.COM Jan 29 2020 04:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany Ohio 43054-3025
517178605      +E-mail/Text: collector@florence-nj.gov Jan 29 2020 00:00:02      Florence Township,
                 711 Broad Street,    Florence, NJ 08518-2310
517178606       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jan 28 2020 23:57:46
                 Gateway One Lending & Finance,    160 N. Riverview Drive,    Suite 100,    Anaheim, CA 92808
517178608       EDI: JEFFERSONCAP.COM Jan 29 2020 04:13:00      Jefferson Capital Systems,    16 McLeland Rd,
                 Saint Cloud, MN 56303
517178608       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 00:00:34      Jefferson Capital Systems,
                 16 McLeland Rd,    Saint Cloud, MN 56303
517321627       EDI: JEFFERSONCAP.COM Jan 29 2020 04:13:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517321627       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 00:00:34      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517178609      +E-mail/Text: BKRMailOPS@weltman.com Jan 28 2020 23:59:47      Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
517392074       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 28 2020 23:54:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517391598       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 28 2020 23:55:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517398696       E-mail/Text: camanagement@mtb.com Jan 28 2020 23:59:45      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517178611      +EDI: RMCB.COM Jan 29 2020 04:13:00      Medical,    c/o AMCA,    PO BOX 1235,
                 Elmsford, NY 10523-0935
517265308      +EDI: MID8.COM Jan 29 2020 04:13:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
```

```
District/off: 0312-1           User: admin                 Page 2 of 3                  Date Rcvd: Jan 28, 2020
                               Form ID: 148                Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517319307         EDI: PRA.COM Jan 29 2020 04:13:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517319323         EDI: PRA.COM Jan 29 2020 04:13:00      Portfolio Recovery Associates, LLC,
                   c/o RCS Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
517285780         EDI: PRA.COM Jan 29 2020 04:13:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                   POB 41067,    Norfolk VA 23541
517178614        +EDI: CONVERGENT.COM Jan 29 2020 04:13:00      PSE&G,   c/o Convergent Outsourcing, Inc.,
                   800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
517333295        +E-mail/Text: bankruptcy@pseg.com Jan 28 2020 23:57:47      PSE&G,   PO Box 490,
                   Cranford, NJ 07016-0490
517386619         EDI: Q3G.COM Jan 29 2020 04:13:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
517178618         EDI: MID8.COM Jan 29 2020 04:13:00      Synchrony Bank,   c/o Midland Credit Management, Inc.,
                   PO Box 13105,    Roanoke, VA 24031-3105
517180326        +EDI: RMSC.COM Jan 29 2020 04:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
517401116        +E-mail/Text: bncmail@w-legal.com Jan 29 2020 00:00:28      TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517178621         E-mail/Text: data_processing@fin-rec.com Jan 28 2020 23:59:43
                   TD Bank USA/Target Credit Card,   c/o Financial Recovery Services, LLC,   PO Box 385908,
                   Minneapolis, MN 55438-5908
517199865        +E-mail/Text: collector@florence-nj.gov Jan 29 2020 00:00:02      Township of Florence,
                   711 Broad Street,    Florence, NJ 08518-2310
517178622        +E-mail/Text: Banko@frontlineas.com Jan 29 2020 00:01:17      Webbank,
                   c/o Frontline Asset Strategies, LLC,    2700 Snelling Avenue N.,   Suite 250,
                   Roseville, MN 55113-1783
517178623        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 28 2020 23:55:19      Webbank Gettington,
                   c/o LVNV Funding LLC,    200 Meeting Street Suite 206,    Greenville, SC 29615-5833
                                                                                              TOTAL: 36

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517265325*       +Midland Funding LLC,   PO Box 2011,    Warren, MI 48090-2011
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:

```
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor David G Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric Clayman    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor David G Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3               Date Rcvd: Jan 28, 2020
                              Form ID: 148             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Marlene G. Brown    on behalf of Creditor    State Of New Jersey Division Of Taxation marlene.brown@dol.lps.state.nj.us
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Joint Debtor Christi L Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Stephanie F. Ritigstein    on behalf of Debtor David G Furth jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 15